No. 25-30324

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,
v.

CURTIS SQUIRE,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CR-41-1

**APPELLANT'S RECORD EXCERPTS**

CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana

STEVEN E. SPIRES
Research and Writing Attorney
Office of the Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
steven_spires@fd.org

## TABLE OF CONTENTS

1. DOCKET SHEET……………………………………………………ROA.1-8

2. NOTICE OF APPEAL……………………………………….ROA.207-208

3. INDICTMENT…………………………………………………..ROA.36-39

4. JUDGMENT……………………………………………………ROA.200-206

5. CERTIFICATES OF SERVICES AND COMPLIANCE

DOCKET SHEET
ROA.1-8

(Tab 1)

APPEAL,CLOSED,SINGLE

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CRIMINAL DOCKET FOR CASE #: 2:24-cr-00041-WBV-KWR-1

Case title: USA v. Squire

Magistrate judge case number: 2:24-mj-00013-DM

Date Filed: 03/08/2024

Date Terminated: 05/20/2025

Assigned to: Chief Judge Wendy B. Vitter
Referred to: Magistrate Judge Karen Wells Roby

Appeals court case number:
25-30324 USCA, 5th Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Curtis Squire**<br>*TERMINATED: 05/20/2025*<br>*also known as*<br>Curt Squire<br>*TERMINATED: 05/20/2025* | represented by | **Annalisa Miron**<br>Office of the Federal Public Defender<br>Eastern District of Louisiana<br>500 Poydras Street<br>Suite 318<br>New Orleans, LA 70130<br>504-589-7952<br>Email: annalisa_miron@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment*<br><br>**Claude J. Kelly**<br>Federal Public Defender's Office<br>Hale Boggs Federal Building<br>500 Poydras Street<br>Room 318<br>New Orleans, LA 70130<br>504-589-7939<br>Email: claude_kelly@fd.org<br>*TERMINATED: 03/08/2024*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|

| | |
|---|---|
| 18:922(g)(1) AND 924(a)(8) FELON IN POSSESSION OF A FIREARM AND AMMUNITION. (1) | Sentenced on 5/20/2025 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(1) Possession of a Firearm or Ammunition by a Convicted Felon | |

---

**Plaintiff**

**USA** represented by **Sarah Dawkins**
DOJ-USAO
650 Poydras Street
Suite 1600
New Orleans, LA 70130
504-680-3055
Email: sarah.dawkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | 1 (p.9) | COMPLAINT signed by Magistrate Judge Karen Wells Roby as to Curtis Squire (1). (Attachments: # 1 (p.9) Criminal Magistrate Case Sheet) (2cc:USM)(plh) [2:24-mj-00013-DM] (Entered: 02/29/2024) |
| 02/28/2024 | 3 (p.16) | EXPARTE/CONSENT MOTION to Seal Complaint, Affidavit and Arrest Warrant by USA as to Curtis Squire. (plh) [2:24-mj-00013-DM] (Entered: 02/29/2024) |
| 02/28/2024 | 4 (p.18) | ORDER granting 3 (p.16) Motion to Seal Complaint, Affidavit and Arrest Warrant as to Curtis Squire (1). Signed by Magistrate Judge Karen Wells Roby on 2/28/24. (plh) [2:24-mj-00013-DM] (Entered: 02/29/2024) |
| 03/01/2024 | 5 (p.19) | EXPARTE/CONSENT MOTION to Unseal Case by USA as to Curtis Squire. (nml) [2:24-mj-00013-DM] (Entered: 03/01/2024) |

| | | |
|---|---|---|
| 03/01/2024 | 6 (p.20) | ORDER granting 5 (p.19) Motion to Unseal Case as to Curtis Squire (1). Signed by Magistrate Judge Karen Wells Roby on 3/1/2024. (nml) [2:24-mj-00013-DM] (Entered: 03/01/2024) |
| 03/04/2024 | 7 (p.21) | EXPARTE/CONSENT MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Dawkins, Sarah) [2:24-mj-00013-DM] (Entered: 03/04/2024) |
| 03/05/2024 | 8 (p.24) | ORDER granting 7 (p.21) Motion for Writ of Habeas Corpus ad prosequendum as to Curtis Squire as to Curtis Squire (1). Signed by Magistrate Judge Donna Phillips Currault on 03/05/2024. (3cc: USM, cc: Crim. Mag) (am) [2:24-mj-00013-DM] (Entered: 03/05/2024) |
| 03/05/2024 | 9 (p.25) | Writ of Habeas Corpus ad Prosequendum Issued. (3cc: USM, cc: Crim. Mag) (am) [2:24-mj-00013-DM] (Entered: 03/05/2024) |
| 03/06/2024 | 10 (p.26) | Minute Entry for proceedings held before Magistrate Judge Donna Phillips Currault:Initial Appearance as to Curtis Squire held on 3/6/2024. Defendant Remanded. Detention Hearing set for 3/8/2024 10:00 AM before Duty Magistrate. Preliminary Hearing set for 3/20/2024 02:00 PM before Duty Magistrate. (Court Reporter Magistrate Clerical.) (am) [2:24-mj-00013-DM] (Entered: 03/07/2024) |
| 03/06/2024 | 11 (p.28) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Curtis Squire. Claude J. Kelly for Curtis Squire appointed. Signed by Magistrate Judge Donna Phillips Currault on 03/06/2024. (am) [2:24-mj-00013-DM] (Entered: 03/07/2024) |
| 03/06/2024 | 12 | CJA 23 Financial Affidavit by Curtis Squire (am) [2:24-mj-00013-DM] (Entered: 03/07/2024) |
| 03/07/2024 | 13 | PRETRIAL BAIL REPORT as to Curtis Squire. NOTE: The attached document will only be accessible to the criminal duty judge, the government attorney and the attorney for the applicable defendant for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Carmouche, Elaina) [2:24-mj-00013-DM] (Entered: 03/07/2024) |
| 03/08/2024 | 15 (p.29) | Minute Entry for proceedings held before Magistrate Judge Donna Phillips Currault:Detention Hearing as to Curtis Squire held on 3/8/2024. Defendant Remanded. Witness testimony and exhibits admitted. (Court Reporter Magistrate Clerical.) (Attachments: # 1 (p.9) Notice of Manual Attachment) (am) [2:24-mj-00013-DM] (Entered: 03/08/2024) |
| 03/08/2024 | 16 (p.32) | ORDER OF DETENTION as to Curtis Squire. Signed by Magistrate Judge Donna Phillips Currault on 03/08/2024. (am) [2:24-mj-00013-DM] (Entered: 03/08/2024) |
| 03/08/2024 | 17 (p.35) | ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT as to Curtis Squire. Signed by Magistrate Judge Donna Phillips Currault on 03/08/2024. (am) [2:24-mj-00013-DM] (Entered: 03/08/2024) |
| 03/08/2024 | 18 (p.36) | INDICTMENT as to Curtis Squire (1) count(s) 1. (Attachments: # 1 (p.9) Criminal Defendant Information Sheet, # 2 Criminal Magistrate Case Sheet) (kls) (Entered: 03/11/2024) |
| 03/11/2024 | 21 (p.42) | NOTICE OF HEARING as to Curtis Squire. Arraignment set for 3/18/2024 02:00 PM before Duty Magistrate. (mmv) (Entered: 03/11/2024) |
| 03/18/2024 | 22 (p.43) | Minute Entry for proceedings held before Magistrate Judge Michael North: Arraignment as to Curtis Squire (1) Count 1 held on 3/18/2024. Defendant |

| | | |
|---|---|---|
| | | Remanded. Pretrial Conference set for 4/24/2024 03:00 PM before Judge Wendy B Vitter. Jury Trial set for 5/13/2024 09:00 AM before Judge Wendy B Vitter. (Court Reporter Criminal Magistrate.) (nml) (Entered: 03/25/2024) |
| 03/25/2024 | 23 (p.44) | NOTICE OF HEARING as to Curtis Squire. Jury Trial set for 5/13/2024 09:00 AM before Judge Wendy B Vitter. Pretrial Conference set for 4/24/2024 03:00 PM before Judge Wendy B Vitter. (mmv) (Entered: 03/25/2024) |
| 04/18/2024 | 24 (p.45) | EXPARTE/CONSENT MOTION to Continue *Trial and Pretrial Conference* by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) (Entered: 04/18/2024) |
| 04/19/2024 | 25 (p.50) | ORDER TO CONTINUE - Ends of Justice as to Curtis Squire. Finding good cause, the Court therefore GRANTS the 24 (p.45) Motion and CONTINUES the pretrial conference and trial. IT IS HEREBY ORDERED that the pretrial conference previously set for Wednesday, April 24, 2024 at 3:00 p.m. is RESET for Wednesday, July 3, 2024 at 11:00 a.m. IT IS FURTHER ORDERED that the trial in this matter currently set to commence on Monday, May 13, 2024 is CONTINUED to Monday, July 22, 2024. Signed by Judge Wendy B Vitter on 4/19/2024. (mmv) (Entered: 04/19/2024) |
| 04/19/2024 | 26 (p.52) | NOTICE OF HEARING as to Curtis Squire. Jury Trial reset for 7/22/2024 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 7/3/2024 11:00 AM before Judge Wendy B Vitter. (mmv) (Entered: 04/19/2024) |
| 06/28/2024 | 27 (p.53) | EXPARTE/CONSENT MOTION to Continue *Trial and Pretrial Conference* by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) (Entered: 06/28/2024) |
| 07/01/2024 | 28 (p.58) | ORDER granting 27 (p.53) Motion to Continue Pretrial Conference and Jury Trial as to Curtis Squire (1). Jury Trial set for 9/30/2024 09:00 AM and Pretrial Conference set for 9/12/2024 11:00 AM before Judge Wendy B Vitter. Signed by Judge Wendy B Vitter on 7/1/2024. (kls) (Entered: 07/01/2024) |
| 07/01/2024 | 29 (p.60) | NOTICE OF HEARING as to Curtis Squire. Jury Trial reset for 9/30/2024 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 9/12/2024 11:00 AM before Judge Wendy B Vitter. (mmv) (Entered: 07/01/2024) |
| 09/04/2024 | 30 (p.61) | EXPARTE/CONSENT MOTION to Continue *Trial and Pretrial Conference* by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) (Entered: 09/04/2024) |
| 09/05/2024 | 31 (p.66) | MOTION to Dismiss *Indictment* by Curtis Squire. Motion set for 9/24/2024 01:30 PM before Judge Wendy B Vitter. (Attachments: # 1 (p.9) Memorandum in Support, # 2 Notice of Hearing)(Miron, Annalisa) Modified on 9/6/2024 (kls). (Entered: 09/05/2024) |
| 09/05/2024 | 32 (p.96) | ORDER TO CONTINUE - Ends of Justice as to Curtis Squire. Finding good cause, the Court GRANTS the 30 (p.61) Motion and CONTINUES the pretrial conference and trial as set forth in document. IT IS HEREBY ORDERED that the pretrial conference previously set for September 12, 2024, is RESET for November 12, 2024, at 3:00 p.m. IT IS FURTHER ORDERED that the trial previously set for September 30, 2024, is RESET for December 2, 2024, at 9:00 a.m. Signed by Judge Wendy B Vitter on 9/5/2024. (mmv) (Entered: 09/05/2024) |
| 09/05/2024 | | |

| | | |
|---|---|---|
| | 33 (p.98) | NOTICE OF HEARING as to Curtis Squire. Jury Trial reset for 12/2/2024 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 11/12/2024 03:00 PM before Judge Wendy B Vitter. (mmv) (Entered: 09/05/2024) |
| 09/06/2024 | 34 | Correction of Docket Entry by Clerk re 31 (p.66) MOTION to Dismiss *Indictment*. **Filing attorney should have selected No at the question 'Is this an Exparte/Consent Motion Y/N?'. Clerk took corrective action to set motion for hearing on 9/24/2024 before Judge Wendy B. Vitter. No further action is necessary.** (kls) (Entered: 09/06/2024) |
| 09/06/2024 | 35 (p.99) | ORDER as to Curtis Squire: IT IS ORDERED that Defendant's 31 (p.66) Motion shall be submitted on October 8, 2024, at 1:30 p.m. There shall be no hearing on Defendant's 31 (p.66) Motion absent an order setting a hearing. Signed by Judge Wendy B Vitter on 9/6/2024. (mmv) (Entered: 09/06/2024) |
| 10/08/2024 | 36 (p.100) | Response/Memorandum in Opposition by USA as to Curtis Squire re 31 (p.66) MOTION to Dismiss *Indictment* (Dawkins, Sarah) (Entered: 10/08/2024) |
| 10/08/2024 | 37 (p.113) | EXPARTE/CONSENT MOTION for Leave to File Reply to Government's Opposition to 31 (p.66) Motion to Dismiss Indictment by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) Modified text/corrected linkage on 10/10/2024 (mmv). (Entered: 10/08/2024) |
| 10/10/2024 | 38 (p.117) | ORDER granting 37 (p.113) Motion for Leave to File Reply to Governments Opposition to Defendants Motion to Dismiss Indictment as to Curtis Squire (1). Defendant may file a reply to the Governments Opposition on or before 10/18/2024. FURTHER ORDERED that the submission date for Defendants Motion to Dismiss Indictment is RESET to 10/18/2024. Signed by Judge Wendy B Vitter on 10/10/2024. (kls) (Entered: 10/10/2024) |
| 10/18/2024 | 39 (p.118) | REPLY TO RESPONSE to Motion by Curtis Squire re 31 (p.66) MOTION to Dismiss *Indictment* (Miron, Annalisa) (Entered: 10/18/2024) |
| 11/06/2024 | 40 (p.136) | EXPARTE/CONSENT MOTION to Continue *Trial and Pretrial Conference* by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) (Entered: 11/06/2024) |
| 11/12/2024 | 41 (p.141) | ORDER granting 40 (p.136) Motion to Continue as to Curtis Squire (1). Jury Trial reset for 2/3/2025 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 1/15/2025 01:00 PM before Judge Wendy B Vitter. Signed by Judge Wendy B Vitter on 11/12/2024. (kls) (Entered: 11/12/2024) |
| 11/12/2024 | 42 (p.143) | NOTICE OF HEARING as to Curtis Squire. Jury Trial reset for 2/3/2025 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 1/15/2025 01:00 PM before Judge Wendy B Vitter. (mmv) (Entered: 11/12/2024) |
| 12/10/2024 | 43 (p.144) | ORDER AND REASONS: IT IS HEREBY ORDERED that the Defendant Curtis Squire's 31 (p.66) Motion to Dismiss The Indictment is DENIED. Signed by Judge Wendy B Vitter on 12/10/2024. (pp) (Entered: 12/10/2024) |
| 01/03/2025 | 44 (p.157) | NOTICE OF HEARING as to Curtis Squire. Rearraignment set for 1/21/2025 10:00 AM before Judge Wendy B Vitter. (mmv) (Entered: 01/03/2025) |
| 01/07/2025 | 45 (p.158) | EXPARTE/CONSENT MOTION to Continue *Trial and Pretrial Conference* by USA as to Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Dawkins, Sarah) (Entered: 01/07/2025) |

| | | |
|---|---|---|
| 01/10/2025 | 46 (p.161) | ORDER granting 45 (p.158) Motion to Continue as to Curtis Squire (1). Jury Trial set for 3/24/2025 09:00 AM before Judge Wendy B Vitter. Pretrial Conference set for 3/12/2025 01:00 PM before Judge Wendy B Vitter. Signed by Judge Wendy B Vitter on 1/8/2025. (my) (Entered: 01/10/2025) |
| 01/10/2025 | 47 (p.163) | NOTICE OF HEARING as to Curtis Squire. Jury Trial reset for 3/24/2025 09:00 AM before Judge Wendy B Vitter. Pretrial Conference reset for 3/12/2025 01:00 PM before Judge Wendy B Vitter. (mmv) (Entered: 01/10/2025) |
| 01/17/2025 | 48 (p.164) | RE-NOTICE OF HEARING as to Curtis Squire. Rearraignment reset for 1/28/2025 10:00 AM before Judge Wendy B Vitter. (mmv) (Entered: 01/17/2025) |
| 01/28/2025 | 49 (p.165) | Minute Entry for proceedings held before Judge Wendy B Vitter: Rearraignment for Curtis Squire (1) Count 1 held on 1/28/2025. Sentencing set for 4/22/2025 10:00 AM before Judge Wendy B Vitter. (Court Reporter Sammantha Morgan.) (rkr) (Entered: 01/29/2025) |
| 01/28/2025 | 50 (p.166) | Factual Basis by USA as to Curtis Squire (rkr) (Entered: 01/29/2025) |
| 01/29/2025 | 51 (p.169) | NOTICE OF HEARING as to Curtis Squire. Sentencing set for 4/22/2025 10:00 AM before Judge Wendy B Vitter. (mmv) (Entered: 01/29/2025) |
| 03/18/2025 | 52 (p.280) | DRAFT PRESENTENCE INVESTIGATION REPORT as to Curtis Squire. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. Parties should submit objections not more than 14 days after the initial disclosure of the presentencing report. (Haynes, Afton) (Entered: 03/18/2025) |
| 04/01/2025 | 53 (p.170) | OBJECTION to 52 (p.280) Presentence Investigation Report - Draft, by Curtis Squire . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Attachments: # 1 (p.9) Statement)(Miron, Annalisa) (Entered: 04/01/2025) |
| 04/15/2025 | 54 (p.311) | FINAL PRESENTENCE INVESTIGATION REPORT as to Curtis Squire. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Haynes, Afton) (Entered: 04/15/2025) |
| 04/15/2025 | 55 (p.358) | SENTENCING RECOMMENDATION as to Curtis Squire. NOTE: This document will only be accessible to the District Judge. (Haynes, Afton) (Entered: 04/15/2025) |
| 04/16/2025 | 56 (p.172) | SENTENCING MEMORANDUM by Curtis Squire (Attachments: # 1 (p.9) Exhibit)(Miron, Annalisa) Modified text on 4/16/2025 (mmv). (Entered: 04/16/2025) |
| 04/17/2025 | 57 (p.186) | ORDER as to Curtis Squire. The Court hereby gives notice that it is considering imposing an upward departure or, additionally or alternatively, in consideration of the sentencing factors set forth in 18 U.S.C. § 3553(a), it is considering imposing an upward variance at the Sentencing Hearing scheduled for Tuesday, April 22, 2025, at 10:00 a.m. Signed by Judge Wendy B Vitter on 4/17/2025. (lb) (Entered: 04/17/2025) |
| 04/17/2025 | 58 | TEXT ORDER (No PDF Document Attached) as to Curtis Squire. As an amendment |

| | | |
|---|---|---|
| | | to its April 17, 2025 Notice (R. Doc. 57), the Court gives further notice that it is considering an upward departure based on information that the Defendant's criminal history category substantially under-represents the seriousness of the Defendant's criminal history and/or the likelihood that the Defendant will commit other crimes. See USSG 4A1.3. Signed by Judge Wendy B Vitter.(lp) (Entered: 04/17/2025) |
| 04/18/2025 | 59 (p.187) | EXPARTE/CONSENT MOTION to Continue *Sentencing* by Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Miron, Annalisa) (Entered: 04/18/2025) |
| 04/21/2025 | 60 | TEXT ORDER (No PDF Document Attached) granting 59 (p.187) Motion to Continue as to Curtis Squire (1). IT IS ORDERED that the sentencing hearing in this matter is RESET for Tuesday, May 20, 2025, at 9:30 AM. Signed by Judge Wendy B Vitter. (lp) (Entered: 04/21/2025) |
| 04/21/2025 | 61 (p.191) | NOTICE OF HEARING as to Curtis Squire. Sentencing reset for 5/20/2025 09:30 AM before Judge Wendy B Vitter. (mmv) (Entered: 04/21/2025) |
| 04/21/2025 | 62 (p.332) | SUPPLEMENTAL ADDENDUM TO FINAL PRESENTENCE INVESTIGATION REPORT as to Curtis Squire. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Haynes, Afton) (Entered: 04/21/2025) |
| 04/21/2025 | 63 (p.362) | SENTENCING RECOMMENDATION as to Curtis Squire. NOTE: This document will only be accessible to the District Judge. (Haynes, Afton) (Entered: 04/21/2025) |
| 05/19/2025 | 64 (p.192) | EXPARTE/CONSENT MOTION Acknowledging Defendant's Acceptance of Responsibility by USA as to Curtis Squire. (Attachments: # 1 (p.9) Proposed Order)(Dawkins, Sarah) Modified text on 5/20/2025 (mmv). (Entered: 05/19/2025) |
| 05/19/2025 | 65 (p.195) | Reply by USA as to Curtis Squire to 56 (p.172) Sentencing Memorandum (Dawkins, Sarah) Modified text on 5/20/2025 (mmv). (Entered: 05/19/2025) |
| 05/20/2025 | 66 (p.198) | Minute Entry for proceedings held before Chief Judge Wendy Baldwin Vitter:Sentencing held on 5/20/2025 for Curtis Squire (1), Count(s) 1. Court GRANTS the government's Motion for an Additional One Level Reduction for Acceptance of Responsibility, rec. doc. 64 (p.192) .(Court Reporter Sammantha Morgan.) (lb) (Entered: 05/20/2025) |
| 05/20/2025 | 67 (p.200) | JUDGMENT as to Curtis Squire (1), Count(s) 1, Sentenced on 5/20/2025. Signed by Chief Judge Wendy Baldwin Vitter on 5/20/2025. (lb) (Entered: 05/20/2025) |
| 05/20/2025 | 68 (p.336) | Statement of Reasons for sentencing as to Curtis Squire. NOTE: This document will be accessible only to the District Judge, the government attorney, the attorney for the applicable defendant, the U.S. Probation Office and the U.S. attorney's financial litigation unit. Other defendants in the case and the general public will NOT be able to view this document. (mmv) (Entered: 05/20/2025) |
| 05/23/2025 | 69 (p.207) | NOTICE OF APPEAL by Curtis Squire re 67 (p.200) Judgment. (CJA or FPD appointment - Filing Fee not required) (Miron, Annalisa) (Entered: 05/23/2025) |
| 05/29/2025 | 70 | USCA Case Number as to Curtis Squire; Case Appealed to USCA, 5th Circuit Case Number 25-30324 for 69 (p.207) Notice of Appeal - Final Judgment filed by Curtis Squire. (mmv) (Entered: 05/29/2025) |
| 06/11/2025 | 71 (p.209) | APPEAL TRANSCRIPT REQUEST by Curtis Squire for proceedings held on 01/28/2025; 05/20/2025 re 69 (p.207) Notice of Appeal - Final Judgment. |

| | | |
|---|---|---|
| | | (Transcript(s) ordered) (Court Reporter Sammantha Morgan noticed) (Spires, Steven) (Entered: 06/11/2025) |
| 07/11/2025 | 72 (p.210) | APPEAL TRANSCRIPT of Rearraignment as to Curtis Squire held on January 28, 2025 before Judge Wendy B. Vitter. Court Reporter/Recorder Sammantha Morgan, Telephone number 504-589-7781. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 10/9/2025. (Morgan, Sammantha) (Entered: 07/11/2025) |
| 07/11/2025 | 73 (p.242) | APPEAL TRANSCRIPT of Sentencing Hearing as to Curtis Squire held on May 20, 2025 before Judge Wendy B. Vitter. Court Reporter/Recorder Sammantha Morgan, Telephone number 504-589-7781. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 10/9/2025. (Morgan, Sammantha) (Entered: 07/11/2025) |

USA v. SQUIRE (2:24-cr-00041-WBV-KWR)

NOTICE OF APPEAL
ROA.207-208

(Tab 2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 24-041 |
| CURTIS SQUIRE | * | SECTION: "D" |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**
**FROM THE JUDGMENT OF THE DISTRICT COURT**

Notice is hereby given that Curtis Squire, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from his conviction and the final judgment on May 20, 2025, in the above captioned case.

Respectfully submitted, this 23rd day of May, 2025.

CLAUDE J. KELLY
Federal Public Defender

/s/Annalisa Mirón
ANNALISA MIRÓN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar # 36913
e-mail: annalisa_miron@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Sarah Dawkins, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Annalisa Mirón
ANNALISA MIRÓN
Assistant Federal Public Defender

INDICTMENT
ROA.36-39

(Tab 3)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2024 MAR -8 P 2:39
CAROL L. MICHEL
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FELONY**

**INDICTMENT FOR A VIOLATION**
**OF THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 24-00041 |
| **v.** | * | **SECTION:** SECT. MAG. 4 |
| **CURTIS SQUIRE** a/k/a "CURT" | * | **VIOLATIONS:** 18 U.S.C. § 922(g)(1) 18 U.S.C. § 924(a)(8) |
| | * | |

* * *

The Grand Jury charges that:

**COUNT 1**

On or about February 25, 2024, in the Eastern District of Louisiana, the defendant, **CURTIS SQUIRE, a/k/a "CURT,"** knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is, a conviction on June 28, 2018, in Criminal District Court for the Parish of Orleans, Case Number 537-210, for conspiracy to distribute heroin, distribution of heroin, conspiracy to possess a firearm with a controlled dangerous substance, possession of a firearm with a controlled dangerous substance, conspiracy to obstruct justice, obstruction of justice, and conspiracy to possess stolen things in violation of LA-R.S. 40:(979)966,

___Fee USA
X Process
X Dktd
___CtRmDep
___Doc.No.

LA-R.S. 40:966, LA-R.S. 14:(26)95(E), LA-R.S. 14:95(E), LA-R.S. 14:(26)130.1, LA-R.S. 14:130.1, and LA-R.S. 14:(26)69; and a conviction on July 8, 2018, in the 24th Judicial District for the Parish of Jefferson, Case Number 17-3851, for Simple Burglary and Unauthorized Use of a Motor Vehicle, in violation of LA-R.S. 14:62 and LA-R.S. 14:68.4; did knowingly possess a firearm, that is, a Glock model 23C, .40 caliber pistol, bearing serial number GHU659, and ammunition, said firearm and ammunition having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **CURTIS SQUIRE, a/k/a "CURT,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

Glock model 23C, .40 caliber pistol, bearing serial number GHU659;

Live rounds of ammunition.

3. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

[redacted]

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

SARAH DAWKINS
Assistant United States Attorney
Louisiana Bar Roll No. 34509
New Orleans, Louisiana
March 8, 2024

FORM OBD-34

*No.*______________________

## UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

**vs.**

**CURTIS SQUIRE**
**a.k.a. "CURT"**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT**

**VIOLATION: Title 18 U.S.C. § 922(g)(1)**
**Title 18 U.S.C. § 924(a)(8)**

*A* [redacted]

*Foreperson*

*Filed in open court this* ______________ *day of* ______________ *A.D. 2024.*

______________________________
*Clerk*

*Bail, $* ______________________________

**SARAH DAWKINS**
**Assistant United States Attorney**

JUDGMENT
ROA.200-206

(Tab 4)

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

UNITED STATES OF AMERICA
v.
CURTIS SQUIRE

## JUDGMENT IN A CRIMINAL CASE

Case Number: 24-cr-41 D (4)

USM Number: 02922-511

Annalisa Miron
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) Count 1 of the Indictment on January 28, 2025.

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8) | Violation of Federal Gun Control Act | 2/25/2024 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 20, 2025
Date of Imposition of Judgment

Wendy B Vitter
Signature of Judge

WENDY VITTER, United States District Judge
Name and Title of Judge

5/20/25
Date

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Fifty-two (52) months as to Count 1 of the Indictment.

☒ The court makes the following recommendations to the Bureau of Prisons:
That defendant be placed in a facility as close to the New Orleans area as possible to facilitate visits with his family which includes young children.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Three (3) years as to Count 1 of the Indictment.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (check if applicable)
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________________ Date ______________

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to a mental health evaluation and participate in an approved outpatient treatment program. The defendant shall abide by all supplemental conditions of treatment, to include medication as prescribed. The defendant shall contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

2. The defendant shall submit his person, property, house, residence, vehicle, papers, or office, or other areas under his control, to a search conducted by a United States Probation Officer or other law enforcement officer under the direction and control of a United States Probation Officer. Any search must be at a reasonable time and in a reasonable manner. The Probation Officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. The defendant shall warn any other residents or occupants that the premises may be subject to searches pursuant to this condition. Failure to submit to a search may be grounds for revocation of supervised release.

3. The defendant shall undergo random urinalyses testing. If the defendant tests positive for the use of illegal narcotics, the defendant may be required to participate in an approved outpatient treatment program for substance abuse and abide by all supplemental conditions of treatment. The defendant shall contribute to the cost of this program to the extent that he is deemed capable.

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 0 | $ | $ |

☐ The determination of restitution is deferred until __________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ ____________ | $ ____________ | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

- ☐ the interest requirement is waived for ☐ fine ☐ restitution.
- ☐ the interest requirement for ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CURTIS SQUIRE
CASE NUMBER: 24-cr-41 D (4)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ ______________ due immediately, balance due

☐ not later than ____________________ , or
☐ in accordance with ☐ C ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal __________ *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of __________ *(e.g., months or years)*, to commence __________ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal __________ *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of __________ *(e.g., months or years)*, to commence __________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within __________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
The $100.00 special assessment is due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
See Notice of Forfeiture contained in the Indictment, rec. doc. 18.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

CERTIFICATES OF SERVICE AND COMPLIANCE

Tab (5)

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2025, the foregoing Record Excerpts were filed with the Clerk of Court via electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

Kevin G. Boitmann, kevin.boitmann@usdoj.gov,
Patrick S. Barr, patrick.barr@usdoj.gov,
Sarah Dawkins, sarah.dawkins@usdoj.gov and
Megan Roberts, megan.roberts@usdoj.gov,
Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." *5TH Cir. R. 25.2.5.*

*/s/Steven E. Spires*
STEVEN E. SPIRES
Research and Writing Attorney

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1. This document complies with the privacy redaction requirement of the FED. R. APP. P. 25(a)(5), 5TH CIR. R. 25.2.13, and FED. R. CRIM. P. 49.1, because it has been redacted of personal data identifiers.

2. This electronic submission is an exact copy of the paper documents in compliance with the 5TH CIR. R. 25.2.1.

3. This document is free of viruses because it has been scanned for Viruses with the most recent version of Symantec Endpoint Protection, in compliance with the 5th Cir. ECF FILING STANDARD A(6).

*/s/Steven E. Spires*
STEVEN E. SPIRES
Research and Writing Attorney
Dated: October 23, 2025