No. 25-30324

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CURTIS SQUIRE,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CR-41-1

## PETITION FOR PANEL REHEARING

CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana

STEVEN E. SPIRES
Research and Writing Attorney
Office of the Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
Steven_Spires@fd.org

**CERTIFICATE OF INTERESTED PERSONS**

*United States v. Curtis Squire*
No. 25-30324

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1.  *Defendant-Appellant:* Curtis Squire.

2.  *Counsel for Defendant-Appellant:* Federal Public Defender Claude J. Kelly; Research and Writing Attorney Steven E. Spires.

3.  *Former Counsel for Defendant-Appellant:* Assistant Federal Public Defender Annalisa Miron.

4.  *Counsel for Plaintiff-Appellee:* Acting United States Attorney Michael Simpson; Assistant United States Attorneys Kevin G. Boitmann, Patrick Stevens Barr, Sarah Dawkins, and Megan Roberts.

5.  *Former Counsel for Plaintiff-Appellee*: n/a

> */s/ Steven E. Spires*
> STEVEN E. SPIRES
> Research and Writing Attorney
> Dated: June 16, 2026

# GROUND FOR PANEL REHEARING

Appellant Curtis Squire respectfully disagrees with the panel's resolution of his constitutional challenges and seeks to preserve them for potential Supreme Court review. He submits this petition for panel rehearing, however, solely to bring a factual error to the panel's attention.[1]

On page 17, the panel opinion states that "Squire did not apply for relief under § 925(c)." However, Mr. Squire could not have applied for such relief, because the Attorney General only "restarted the § 925(c) process" in March of _2025_—a year after Mr. Squire's offense in March of _2024_. *See Withdrawing the Attorney General's Delegation of Authority*, 90 Fed. Reg. 13080-01 (Mar. 20, 2025) ("Effective date: This interim final rule is effective March 20, 2025.").

Therefore, 18 U.S.C. § 925(c) is not relevant to Mr. Squire case or the resolution of his constitutional challenges.

---

[1] Simultaneous with this petition for panel rehearing, Mr. Squire is also submitting a petition for rehearing en banc pertaining to the Commerce Clause.

Respectfully submitted,

CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana

/s/ Steven E. Spires
STEVEN E. SPIRES
Research and Writing Attorney
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Email: steven_spires@fd.org

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 16, 2026, the foregoing Appellant's Brief was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing Users:

Kevin G. Boitmann, kevin.boitmann@usdoj.gov,
Patrick Stevens Barr, patrick.barr@usdoj.gov,
Sarah Dawkins, sarah.dawkins@usdoj.gov,
Megan Roberts, megan.roberts@usdoj.gov,
        Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5TH CIR. R. 25.2.5.

/s/Steven E. Spires
STEVEN E. SPIRES
Research and Writing Attorney

# CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1.  This brief complies with the type-volume limitation of Fed. R. App. P. 40(d)(3) because this brief contains 164 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.  This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.  This brief complies with the privacy redaction requirement of Fed. R. App. P. 25(a)(5), 5th Cir. R. 25.2.13, and Fed. R. Crim. P. 49.1, because it has been redacted of personal data identifiers.

4.  This electronic submission is an exact copy of the paper document, in compliance with 5th Cir. R. 25.2.1.

5.  This brief is free of viruses because it has been scanned for viruses with the most recent version of Symantec Endpoint Protection, in compliance with 5th Cir. ECF Filing Standard A(6).

*/s/ Steven E. Spires*
STEVEN E. SPIRES
Research and Writing Attorney
Dated: June 16, 2026