# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2026

Mr. Patrick Stevens Barr
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

Mr. Kevin G. Boitmann
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
New Orleans, LA 70130

Ms. Sarah Dawkins
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

Ms. Megan Roberts
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Room 1626
New Orleans, LA 70130

No. 25-30324 USA v. Squire
USDC No. 2:24-CR-41-1

Dear Counsel:

This letter is to advise the parties that the court has requested a response to the Appellant's Petition for rehearing en banc to be filed in this office on or before June 29, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca L. Leto
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. Steven Edward Spires