# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2026

Mr. Patrick Stevens Barr
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130


Mr. Kevin G. Boitmann
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
New Orleans, LA 70130


Ms. Sarah Dawkins
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130


Ms. Megan Roberts
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Room 1626
New Orleans, LA 70130


Mr. Steven Edward Spires
Federal Public Defender's Office
Eastern District of Louisiana
500 Poydras Street
Suite 318
New Orleans, LA 70130


    No. 25-30324    USA v. Squire
                USDC No. 2:24-CR-41-1

Dear Counsel,

Enclosed is the court's order filed this date directing this
case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until August 19, 2026, to file an en banc brief and the Appellee's en banc brief is due on September 18, 2026. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court. Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by August 3, 2026.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685