# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**


**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 10, 2026

Mr. Bradley Benbrook
Benbrook Law Group, P.C.
701 University Avenue
Suite 106
Sacramento, CA 95825

No. 25-30324 USA v. Squire
USDC No. 2:24-CR-41-1

Dear Mr. Benbrook,

We received your amicus brief for Firearms Policy Coalition, Incorporated. In light of a motion is required due to the case being scheduled for en banc consideration, we are taking no action on this brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: S. Rasheed
Shatyra Rasheed, Deputy Clerk
504-310-7646

cc:
- Mr. Jorge Benjamin Aguinaga
- Mr. Patrick Stevens Barr
- Mr. Kevin G. Boitmann
- Ms. Sarah Dawkins
- Ms. Celia Clary Rhoads
- Ms. Megan Roberts
- Mr. Steven Edward Spires