# United States Court of Appeals for the Fifth Circuit

No. 25-30324

United States Court of Appeals
Fifth Circuit
**FILED**
September 11, 2026
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Curtis Squire,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CR-41-1

ORDER:

IT IS ORDERED that the unopposed motion of National Association of Criminal Defense Lawyers to file an amicus brief in support of Appellant is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Firearms Policy Coalition, Incorporated to file an amicus brief in support of Appellant is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Firearms Regulatory Accountability Coalition, Tennessee Firearms

Association, Tennessee Firearms Foundation, Virginia Citizens Defense League, Virginia Citizens Defense Foundation, America's Future, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund to file an amicus brief in support of Appellant is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Dominic Reed, David Gutierrez, and Fredrick Jarrell Penn, Jr. to file an amicus brief in support of Appellant is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*